IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| KATHERINE VAN CLEAVE, <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF THE SOUTH, <br><br> Defendant. | CIVIL ACTION NO. <br> 4:22-cv-00026-CLC-SKL |

### NOTICE OF WITHDRAWAL BY WESLEY C. JACKSON

Wesley C. Jackson provides this notice of his withdrawal as counsel for Defendant The University of the South under Local Rule § 83.4(f). Mr. Jackson originally entered his appearance for Defendant when this matter was pending in the United States District Court for the Middle District of Tennessee. The matter has since been transferred to the United States District Court for the Eastern District of Tennessee (See Docket Entry Nos. 30-31). Defendant will continue to be represented by Jason M. Pannu and John D. Bennett of Freeman Mathis & Gary, LLP. Mr. Jackson requests that his name be removed from all service lists in this action.

DATED: 15 September 2022

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wesley C. Jackson*
Wesley C. Jackson, BPR No. 32187
John D. Bennett, admitted *pro hac vice*
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
wjackson@fmglaw.com
jbennett@fmglaw.com

and

*/s/ Jason M. Pannu*
Jason M. Pannu, BPR Bar No. 023816
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Jason.Pannu@fmglaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing **NOTICE OF WITHDRAWAL** using the Court's *CM/ECF* system which will automatically send electronic mail notification of such filing and service to all counsel of record.

This 15th day of September 2022.

*/s/ Jason M. Pannu*
