**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | |
|---|---|
| KATHERINE VAN CLEAVE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF THE SOUTH,<br><br>Defendant. | CIVIL ACTION NO.<br>4:22-cv-00026-CLC-SKL |

**STIPULATION OF DISMISSAL**

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

Respectfully submitted this 9 day of December, 2022.

WE CONSENT AND SO STIPULATE:

[*Signature Block on Next Page*]

*/s/ John D. Bennett*
Jason M. Pannu
TN Bar No. 023816
John D. Bennett*
Georgia Bar No. 059212
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
E: jason.pannu@fmglaw.com
E: jbennett@fmglaw.com

*Admitted pro hac vice

*Counsel for Defendant*

*/s/ L. William Smith*
Jon C. Goldfarb*
L. William Smith*
WIGGINS, CHILDS, PANTAZIS, FISHER, & GOLDFARB LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

Daniel Arciniegas
Arciniegas Law
1242 Old Hillsboro Rd.
The Atrium Building
Franklin, TN 37069
(629) 777-5339

*Admitted pro hac vice

*Counsel for Plaintiff*